UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Boards of Trustees, et al., | : | |
| Plaintiffs, | : | |
| vs. | : | Case No. 2:13-CV-142 |
| Tube City IMS, LLC | : | Judge Sargus |
| | : | Magistrate Judge Abel |
| Defendant. | : | |

AGREED ORDER OF DISMISSAL

Upon agreement of the parties, the within cause is hereby dismissed, with prejudice.

_____ 10-17-2013
UNITED STATES DISTRICT JUDGE

APPROVED:

s/Steven L. Ball
Steven L. Ball (0007186)
Ball & Tanoury
1010 Old Henderson Road, Suite 1
Columbus, Ohio 43220
614/447-8550
Trial Attorney for Plaintiffs


s/David L. VanSlyke
David L. VanSlyke (007771)
300 E. Broad Street, Suite 590
Columbus, Ohio 43215
614/629-3006
Trial Attorney for Defendant